Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN SHOOK,<br><br>　　　　　Defendant. | No.  6:17-MJ-00005-MJS<br><br>MOTION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

　　　　The Unites States by and through its representative, Susan St. Vincent, legal officer for the National Park Service, hereby request the Initial Appearance in the above-captioned matter set for February 1, 2017 be continued to March 21, 2017 at 10:00 a.m. The Defendant reached out to the Legal Officer on January 9, 2017, to request a continuance to March 21, 2017. The Defendant recently started a new job and is unable to take off time from work.  The Defendant will be able to make necessary arrangements for transportation for March 21, 2017, and the parties are in agreement with this Motion to Continue.

1
2  Dated:  January 25, 2017          /S/ Susan St. Vincent
3                                    Susan St. Vincent
                                     Legal Officer
4                                    Yosemite National Park
5
6                                **ORDER**
7
   For good cause shown, the Court grants the above Motion and ORDERS that
8
   the February 1, 2017 initial appearance for U.S. v. Shook, case number 6:17-mj-00005-
9
   MJS, is hereby continued to March 21, 2017 at 10:00 a.m.
10
11
12  IT IS SO ORDERED.
13
    Dated:   January 27, 2017           /s/ *Michael J. Seng*
14                                      UNITED STATES MAGISTRATE JUDGE
15