1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   STEVEN RONALD SHOOK

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:17-mj-00005-MJS
                                     )
12            Plaintiff,             )  **MOTION TO VACATE FEBRUARY 27, 2018**
                                     )  **REVIEW HEARING; ORDER**
13  vs.                              )
                                     )
14  STEVEN RONALD SHOOK,             )
                                     )
15            Defendant.             )
    _____ )

16

17         Defendant Steven Ronald Shook hereby requests that the Court vacate the February 27,

18  2018 review hearing.  The Government is in agreement with the request.

19         On March 21, 2017, the Court sentenced Mr. Shook to twelve months of unsupervised

20  probation, with the conditions that he obey all laws and advise the Court and Government within

21  seven days of being cited or arrested for any alleged violation of law.  Mr. Shook was also

22  ordered to pay a $1200 fine within the first ten months of probation.

23         Mr. Shook has paid his fine in full, and he has not had any new law violations.

24  Accordingly, Mr. Shook requests that the February 27, 2018 review hearing be vacated.

25  //

26  //

27  //

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2018                    /s/ Hope Alley
                                           HOPE ALLEY
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           STEVEN RONALD SHOOK


**O R D E R**

Based on the parties' joint representation that Mr. Shook is in compliance with the conditions of his probation, the Court vacates the February 27, 2018 review hearing.

IT IS SO ORDERED.

Dated:   February 21, 2018            /s/ Michael J. Seng
                                      UNITED STATES MAGISTRATE JUDGE